1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cv-00416-CBM-JC |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] **CONSENT JUDGMENT** |
| vs. | ) | |
| | ) | [JS-6] |
| JOSE AGUILAR; | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

THE COURT, having reviewed the stipulation for Entry of Consent Judgment between the United States of America on behalf of its agency, the Department of Education, and Jose Aguilar, defendant herein ("Defendant"), and it appearing that the United States of America is entitled to entry of a judgment against Defendant, and good cause existing;

IT IS ORDERED, ADJUDGED, AND DECREED that the United States of America shall have judgment against Defendant Jose Aguilar as follows:

1. As to Plaintiff's First Claim: As a result of defaulted payment of the obligation, Defendant shall pay to the United States the principal sum of $2,838.45, together with $4,168.83 in prejudgment interest through September 21, 2015, for a total amount of $7,007.28, and interest accruing at the legal rate from and after the date of judgment until satisfied.

2. As to Plaintiff's Second Claim: As a result of defaulted payment of the obligation, Defendant shall pay to the United States the principal sum of $652.35, together with $919.19 in prejudgment interest through September 21, 2015, for a total amount of $1,571.54, and interest accruing at the legal rate from and after the date of judgment until satisfied.

3. The United States will record judgment liens with all County Recorders wherein Defendant resides or owns real property; however, as long as Defendant makes payments as set forth herein, the United States will otherwise take no action to enforce this Judgment.

4. Defendant shall pay the Judgment in monthly installments of Sixty-Five Dollars ($65.00) on the first day of each month commencing on or before October 1, 2015, until the Judgment is paid in full.

5. Defendant shall keep the attorneys for the United States informed in writing of any material change in his financial situation or ability to pay, and of any change in his employment, place of residence, or telephone number.

6. The monthly $65.00 payment rate commencing October 1, 2015, will be reevaluated in six (6) months and may be modified, as necessary, to take into account the changed economic circumstances of Defendant. For purpose of evaluation and possible modification, Defendant shall provide Unites States with a Financial Statement (Form OBD

500), and a copy of his Federal Income Tax returns including all attachments, two (2) months prior to the first anniversary of the Judgment, and at the same time each year thereafter, until the Judgment is satisfied.

7. Should Defendant become delinquent, after notice to cure and a reasonable opportunity to cure, in making any payments due hereunder, United States shall have the right to enforce the Consent Judgment for the remaining balance then due, after giving credit for any payments made.

8. If the Defendant pays to the United States the sum of $8,578.82, plus accrued interest on this sum as provided by law, the United States of America will deem the Judgment satisfied, and will provide to Defendant a Release of Lien(s) under Abstract of Judgment for recording with the applicable County Recorder(s).

9. Each party to this Action shall bear its own costs. IT IS SO ORDERED.

Dated: __Sept. 24___, 2015     _____
                                UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

Harvey M. Moore, Esq., CSB 101128
Sheila Shahriyarpour, Esq., CSB 267380
The Moore Law Group,
A Professional Corporation

 /s/ Sheila Shahriyarpour
SHEILA SHAHRIYARPOUR
Attorneys for Plaintiff
United States of America